UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 13-186 ADM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | **INFORMATION** |
| Plaintiff, ) | (26 U.S.C. § 7206(1)) |
| ) | |
| v. ) | |
| ) | |
| MELANIE LYNN BONINE, ) | |
| ) | |
| Defendant. ) | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1

On or about August 13, 2010, in the State and District of Minnesota, the defendant,

**MELANIE LYNN BONINE,**

did willfully make and file with the Internal Revenue Service a false United States Individual Income Tax Return, Form 1040, jointly with her husband, for the taxable year ended December 31, 2009 (the "2009 Return"), which was verified by a written declaration that it was made under the penalties of perjury, and which she did not believe to be true and correct as to every material matter in that Line 22 of the 2009 Return reported total income of $167,944, whereas, as she then and there well knew and believed, she had sold during the taxable year ended December 31, 2009 warrants for common shares of Bixby Energy Systems and received proceeds from the sale of such warrants in an amount exceeding $700,000, but reported neither the gross sales proceeds

SCANNED
JUL 17 2013
U.S. DISTRICT COURT MPLS

of over $700,000 nor the taxable income from the sale of the warrants on the 2009 Tax Return.

All in violation of Title 26, United States Code, 7206(1).

Dated: July 16, 2013

B. TODD JONES
United States Attorney

BY: David J. MacLaughlin
Assistant U.S. Attorney
Attorney ID No. 211849